# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF KENTUCKY

Chambers of
**Edward H. Johnstone**
Senior United States District Judge

June 19, 2006

Federal Building
501 Broadway
Paducah, KY 42001-6801
(270) 415-6450
Fax: (270) 415-6465

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:    Amendment to Financial Disclosure Report for the Year 2005

Gentlemen:

On receipt of your letter dated May 31 requesting additional information, I obtained the assessment value on the 'Lake Lot, Canton, KY"Canton lot from the Property Valuation Administrator.  Accordingly, Part VII, page 4, line 2, is amended as follows:


A.                          B.        C(1).        C(2).

2. Lake Lot, Canton, Ky (J)      None     L        S
   ( Assessment   $60,000. )

Thank you for your guidance and direction.

Very truly yours,



Edward H. Johnstone

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Johnstone, Edward H | 2. Court or Organization<br><br>U.S. District Court W.D. Ky | 3. Date of Report<br><br>04/21/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b.   ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>217 Federal Building<br>501 Broadway<br>Paducah, Kentucky 42001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE
MAY 8 11 42 AM '06
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H | 04/21/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H | 04/21/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Farmers Bk & Tr Co Ck Accts | A | Interest | K | T | | | | | |
| 2. Lake Lot, Canton, Ky ● | | None | K | S | | | | | |
| 3. 1/2 int in oil & gas rgts, land Caldwell Co., Ky | | None | J | W | | | | | |
| 4. IRA Edw D Jones Co, Wash Mut Investors Fund | A | Dividend | K | T | | | | | |
| 5. EuroPacific Growth Fund | A | Dividend | L | T | | | | | |
| 6. Lockheed Martin common | A | Dividend | L | T | | | | | |
| 7. BellSouth Corp common | B | Dividend | K | T | | | | | |
| 8. Franklin Tax Free Income Fund | C | Dividend | L | T | | | | | |
| 9. Franklin Utility Fund | A | Dividend | J | T | | | | | |
| 10. Wash Mut Investors Fund | A | Dividend | L | T | | | | | |
| 11. Edw D Jones Tax Free Money Market Acct | A | Interest | J | T | | | | | |
| 12. Capital Income Builders Fund | B | Dividend | K | T | | | | | |
| 13. Princeton, KY Wtr & Swr Rev Bd (Due 8/8) | A | Dividend | | | Sold | 9/21 | J | | |
| 14. Chevron Texaco Corp., common | A | Dividend | K | T | | | | | |
| 15. Hershey Food Corp., common | A | Dividend | J | T | | | | | |
| 16. PNC Bank Corp. Common | A | Dividend | | | Sold | 9/26 | | | |
| 17. Discover Bank CD due 4/17/05 | A | Interest | K | T | Redeem | 9/26 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Corus Bank CD due 5/3/06 | B | Interest | | | Redeem | 9/26 | K | | |
| 19. American Balance Fund | A | Dividend | K | T | Sold | 9/26 | J | | |
| 20. Income Fund of America | A | Dividend | K | T | | | | | |
| 21. JPMORGAN, TRUSTEE FOR ▓ | | | | | | | | | |
| 22. (One Group Mutual and JPMorgan merged 2/19) | | | | | | | | | See Note in Part VIII |
| 23. -Ky State Tpk Auth Rev Bond (Dtd 1-1-81) | A | Interest | J | T | | | | | |
| 24. -JPMorgan (Large Cap Growth) | A | None | M | T | Partial Sale | 9/23 | K | | See Note in Part VIII |
| 25. -JPMorgan (Muni Money Market) | A | Dividend | J | T | Partial Sale | 9/23 | K | | See Note in Part VIII |
| 26. -JPMorgan (Large Cap Value) | A | Dividend | L | T | Partial Sale | 9/23 | K | | See Note in Part VIII |
| 27. -JPMorgan Municipal Ky. Bond Fd | D | Dividend | M | T | Partial Sale | 9/23 | K | | See Note in art Viii |
| 28. -JPMorgan Mid Cap Growth Fund | | None | L | T | | | | | See Note in Part VIII |
| 29. -JPMorgan Mid Cap Value Fund | A | Dividend | K | T | | | | | See Note in Part VIII |
| 30. -JPMorgan Small Cap Growth Fund | A | Dividend | K | T | | | | | See Note in Part VIII |
| 31. -JPMorgan Small Cap Value Fund | A | Dividend | K | T | | | | | See Note in Part VIII |
| 32. JPMorgan U.S. Equity Fund | A | Dividend | K | T | | | | | See Note in Part VIII |
| 33. JPMorgan International Equity Index Fund | A | Dividend | K | T | | | | | See Note in Part VIII |
| 34. JPMorgan U.S. Real Estate Fund | A | Dividend | K | | Purchase | 3/24 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H | 04/21/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | If not exempt from disclosure | | | |
| 35. MetLife - Whole Life Policies | B | Dividend | L | T | | | | | |
| 36. Dept of Veterans Affairs - GI insurance policies | A | Div / Int | K | T | | | | | |
| 37. ING - Whole Life Policies | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

You will note new fund names on this report. One Group Mutual Funds and JPMorgan Funds combined into one mutual fund family on February 19. You will also notice a number of transactions as a result of the fund merger. These transactions show the transition from the old fund to the new fund.

One Group Diversified Equity Fund became JPMorgan U.S. Equity Fund [Item 32]

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Date April 21, 2006

NOTE: A▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮LFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRI▮

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544